Kathryn Tassinari, OSB# 80115
Mark A. Manning, OSB# 00311
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette Street
Eugene, OR  97401
(541) 686-1969
kathrynt50@comcast.net
Of Attorneys for the Plaintiff

RECVD 07 JAN 19 08:51 USDC-ORP

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| ROCHELLE J. HESSEL, | ) | Civil No. 06-6092-AS |
| | ) | |
| vs. | ) | |
| | ) | ORDER FOR PAYMENT OF ATTORNEY'S |
| JO ANNE B. BARNHART, | ) | FEES PURSUANT TO EAJA |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

After considering the stipulated Motion for entry of an order awarding plaintiff's attorney

fees submitted by the parties herein, plaintiff's Motion for payment of attorney fees is hereby

granted in the sum of $3,103.74 as full settlement of any and all claims for attorney fees under

EAJA. There are no other costs or expenses to be paid herein.

IT IS SO ORDERED on this _19_ day of _January_, 2007.

_____
U.S. District Judge

PRESENTED BY:

By: ___s/ Kathryn Tassinari_____
    Kathryn Tassinari, OSB#80115
    Of Attorneys for Plaintiff

1 - ORDER FOR PAYMENT OF ATTORNEY FEES PURSUANT TO EAJA